UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CIVIL ACTION NUMBER: 4:90CV-190 CRS

**KAREN FURGERSON, ET AL.**                                             **PLAINTIFFS**

V.

**COSTAIN COAL, INC., ET AL.**                                          **DEFENDANTS**

## NOTICE

The Clerk of Court directs that counsel of record has thirty (30) days to file an objection to the unsealing of certain sealed depositions in the above-referenced case, which are in the custody of the Clerk.

If no objection is filed within the thirty (30) day period, the Court will consider unsealing the depositions for submission to the Federal Records Center.

JEFFREY A. APPERSON, CLERK OF COURT

By: ___/s/ Patti May___
Patti May, Deputy Clerk

DATED: 4-18-07

Copies to: Counsel of Record